THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOUREY NEWELL and FELIPE MACHADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECREATIONAL EQUIPMENT, INC., a Washington company,<br><br>Defendant. | Case No. 2:19-cv-00662<br><br>**DECLARATION OF ANTHONY TODARO IN SUPPORT OF RECREATIONAL EQUIPMENT, INC.'S MOTION TO DISMISS** |

I, Anthony Todaro, hereby declare as follows:

    1.    I am a partner at DLA Piper LLP (US) and counsel of record for defendant Recreational Equipment, Inc. ("REI") in the above-captioned action.  I submit this declaration in support of REI's Motion to Dismiss.  I have personal knowledge of the facts contained in this declaration, and I am competent to testify as to them.

    2.    Attached as **Exhibit 1** is a true and correct copy of REI's Bylaws, dated May 1, 2017.

    3.    Attached as **Exhibit 2** is a true and correct copy of the dividend statement sent to REI members dated on or about March 2017.

4. Attached as **Exhibit 3** is a true and correct copy of REI's Amended Articles of Incorporation, dated October 30, 1970.

5. Attached as **Exhibit 4** are true and correct excerpts from the 2003-2004 Session Laws of the State of Washington. A complete copy of this voluminous record is available from counsel upon request.

6. Attached as **Exhibit 5** are true and correct excerpts from the 1947 Session Laws of the State of Washington. A complete copy of this voluminous record is available from counsel upon request.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington on May 30, 2019.

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391

DECLARATION OF ANTHONY TODARO IN
SUPPORT OF RECREATIONAL EQUIPMENT,
INC.'S MOTION TO DISMISS  - 2
Case No. 2:19-CV-00662

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 30th day of May, 2019.

                                        *s/ Alicia Morales*
                                        Alicia Morales, Legal Practice Specialist

WEST\286370364.4