The Honorable Thomas S. Zilly

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9

10   JOUREY NEWELL and FELIPE MACHADO,
     individually and on behalf of all others similarly
11   situated,                                            NO. 2:19-cv-00662-TSZ

12                        Plaintiffs,                     **PLAINTIFFS' NOTICE OF INTENT
                                                          TO AMEND COMPLAINT**
13              vs.

14
     RECREATIONAL EQUIPMENT, INC., a
15   Washington company,

16                        Defendant.

17

18

19          Plaintiffs Jourey Newell and Felipe Machado give notice of their intent to file an

20   amended complaint in response to Defendant Recreational Equipment Inc.'s motion to dismiss

21   (D.E. 13) pursuant to, and within the time provided by, Federal Rule 15(a)(1)(B).

22

23

24

25

26

27

PLAINTIFFS' NOTICE OF INTENT TO AMEND
COMPLAINT - 1

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1  DATED this 17th day of June, 2019.

2  TURKE & STRAUSS LLP

3  By:   /s/ Samuel J. Strauss, WSBA #46971
       Samuel J. Strauss, WSBA #46971
4      Email:  sam@turkestrauss.com
       936 North 34th Street, Suite 300
5      Seattle, Washington  98103-8869
       Telephone: (608) 237-1775
6      Facsimile:  (608) 509-4423

7

8      Avi R. Kaufman, *Admitted Pro Hac Vice*
       Email: kaufman@kaufmanpa.com
9      KAUFMAN P.A.
       400 NW 26th Street
10     Miami, FL 33127
       Telephone: (305) 469-5881
11

12     Anthony I. Paronich, *Admitted Pro Hac Vice*
       Email: anthony@paronichlaw.com
13     PARONICH LAW, P.C.
       350 Lincoln Street, Suite 2400
14     Hingham, MA 02043
       Telephone: (617) 485-0018
15

16     *Attorneys for Plaintiffs and the Putative Class*

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' NOTICE OF INTENT TO AMEND
COMPLAINT - 2

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1

<u>CERTIFICATE OF SERVICE</u>

2

 I, Samuel J. Strauss, hereby certify that on June 17, 2019, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4

such filing to the following:

5

6

 Anthony Todaro
 David Ian Freeburg

7

 DLA PIPER US LLP (WA)
 701 Fifth Ave., Suite 6900

8

 Seattle, Washington 98104
 Telephone: (206) 839-4800

9

 Facsimile: (206) 839-4801
 anthony.todaro@dlapiper.com

10

 david.freeburg@dlapiper.com

11

 *Counsel for Defendant*

12

DATED this 17th day of June, 2019.

13

14

 */s/ Samuel J. Strauss*
 Samuel J. Strauss

15

 TURKE & STRAUSS LLP
 936 North 34th Street, Suite 300

16

 Seattle, Washington  98103-8869
 Telephone: (608) 237-1775

17

 sam@turkestrauss.com

18

 *Counsel for Plaintiffs*

19

20

21

22

23

24

25

26

27

PLAINTIFFS' NOTICE OF INTENT TO AMEND
COMPLAINT - 3

**TURKE & STRAUSS LLP**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com