UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOUREY NEWELL, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>RECREATIONAL EQUIPMENT, INC.,<br><br>           Defendant. | C19-662 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiffs having filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B), docket no. 17, defendant's motion to dismiss, docket no. 13, is STRICKEN as moot.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of June, 2019.

                                                            William M. McCool
                                                            Clerk

                                                            s/Karen Dews
                                                            Deputy Clerk

MINUTE ORDER - 1