UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOUREY NEWELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RECREATIONAL EQUIPMENT, INC., <br><br> Defendant. | C19-662 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Amend Case Schedule Pending Resolution of Renewed Motion to Dismiss, docket no. 19, is GRANTED as follows: the deadline for the FRCP 26(f) Conference is September 6, 2019 and the deadline for exchanging initial disclosures and filing a Joint Status Report is September 20, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1