THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOUREY NEWELL and FELIPE MACHADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECREATIONAL EQUIPMENT, INC., a Washington company,<br><br>Defendant. | Case No. 2:19-cv-00662<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE AND NOTING DATE OF RENEWED MOTION TO DISMISS** |

**STIPULATION**

On May 3, 2019, plaintiffs Jourey Newell and Felipe Machado (the "Plaintiffs") filed their original complaint in this putative class action against defendant Recreational Equipment, Inc. ("REI"). Dkt. No. 1. REI filed a motion to dismiss on May 30, 2019. Dkt. No. 13. The Plaintiffs subsequently filed an amended complaint (the "Amended Complaint") on June 30, 2019. Dkt. No. 17. The Amended Complaint alleges violations of the Electronic Funds Transfer Act ("EFTA"), as amended by the Credit Card Accountability and Disclosure Act ("CARD"), 15 U.S.C. § 1693$l$-1, and Washington's gift certificate statute, RCW 19.240.020. *Id*. The Court denied REI's motion to dismiss the original complaint as moot on June 25, 2019. Dkt. No. 18.

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 1
Case No. 2:19-CV-00662

Turke & Strauss LLP
936 N. 34th Street Suite 300
Seattle, WA 98103-8869

REI filed a renewed motion to dismiss the amended complaint with a Noting Date of July 26, 2019. Dkt. No. 21.

At the request of the plaintiffs, and pursuant to LCR 7(d)(1) and 10(g), the parties, by and through their undersigned counsel of record, stipulate and agree as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Response to Renewed Motion to Dismiss | 7/22/2019 | 7/29/2019 |
| Reply to Renewed Motion to Dismiss | 7/26/2019 | 8/9/2019 |
| Noting Date | 7/26/2019 | 8/9/2019 |

The Parties respectfully request the Court approve the extended briefing schedule and noting date for Defendant's Renewed Motion to Dismiss the Amended Complaint set forth in this stipulation.

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 2
Case No. 2:19-CV-00662

Turke & Strauss LLP
936 N. 34th Street Suite 300
Seattle, WA 98103-8869

| | | |
|---|---|---|
| 1 | STIPULATED AND AGREED on this 22nd day of July, 2019. | |
| 2 | TURKE & STRAUSS LLP | DLA PIPER LLP (US) |
| 3 | | |
| 4 | *s/ Samuel J. Strauss* | *s/ David Freeburg* |
| | Samuel J. Strauss, WSBA No. 46971 | Anthony Todaro, WSBA No. 30391 |
| 5 | 936 North 34th Street, Suite 300 | David Freeburg, WSBA No. 48935 |
| | Seattle, WA 98103-8869 | Virginia Weeks, WSBA No. 55007 |
| 6 | Tel: 608.237.1775 | 701 Fifth Avenue, Suite 6900 |
| 7 | Fax: 608.509.4423 | Seattle, WA 98104-7029 |
| | E-mail: sam@turkestrauss.com | Tel: 206.839.4800 |
| 8 | | Fax: 206.839.4801 |
| | KAUFMAN P.A. | E-mail: anthony.todaro@us.dlapiper.com |
| 9 | *s/ Avi R. Kaufman* | E-mail: david.freeburg@us.dlapiper.com |
| | Avi R. Kaufman (*pro hac vice*) | E-mail: virginia.weeks@us.dlapiper.com |
| 10 | 400 NW 26th Street | |
| 11 | Miami, FL 33127 | *Attorneys for Defendant Recreational* |
| | Tel: 305.469.5881 | *Equipment, Inc.* |
| 12 | E-mail: kaufman@kaufmanpa.com | |
| 13 | PARONICH LAW, P.C. | |
| 14 | *s/ Anthony I. Paronich* | |
| | Anthony I. Paronich (*pro hac vice*) | |
| 15 | 350 Lincoln Street, Suite 2400 | |
| | Hingham, MA 02043 | |
| 16 | Tel: 508.221.1510 | |
| | E-mail: anthony@paronichlaw.com | |
| 17 | | |
| 18 | *Attorneys for Plaintiffs and the Putative Class* | |

# **ORDER**

In accordance with the foregoing stipulation, it is so **ORDERED**.

Dated: July 22, 2019.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE - 4
Case No. 2:19-CV-00662

Turke & Strauss LLP
936 N. 34th Street Suite 300
Seattle, WA 98103-8869