# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOUREY NEWELL and FELIPE MACHADO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RECREATIONAL EQUIPMENT INC.,<br><br>　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-662 TSZ |

\_\_\_\_　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

Defendant's Motion to Dismiss, docket no. 21, is granted. Plaintiffs' claims against Defendant are DISMISSED with prejudice. Judgment is hereby entered in favor of Defendant Recreational Equipment Inc. and against Plaintiffs Jourey Newell and Felipe Machado.

Dated this 26th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　William M. McCool　
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/Karen Dews　　　　　
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk